ROSEMOND v. STATE. (No. 4583.) (Court of Criminal Appeals of Texas. Oct. 10, 1917.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. E. T. Rosemond was convicted of burglary, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. Appellant appeals from a judgment condemning him to confinement in the penitentiary for a term of five years for the offense of burglary of a private house. The indictment appears sufficient, and there are neither bills of exception nor statement of facts in the record, and no questions presented for review. The judgment is affirmed.